**No. 61517.**—Newton Line Company, Inc. v. United States, protests 292509–K, etc. (Rochester).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.